**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALBERT CAMPOS, | ) | NO. CV 11-4620-VAP(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| KELLY HARRINGTON, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | ) | UNITED STATES MAGISTRATE JUDGE |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

The Court further observes that the denial of Ground One finds significant support in a United States Supreme Court decision issued subsequent to the filing of the Magistrate Judge's Report and Recommendation. See Hardy v. Cross, 2011 WL 6141312 (U.S. Dec. 12, 2011).

///

IT IS ORDERED that the Petition is denied and dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 31, 2011.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE