**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT CAMPOS, | NO. CV 11-4620-VAP(E) |
| Petitioner, | |
| v. | JUDGMENT |
| KELLY HARRINGTON, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: December 31, 2011.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE